UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-755(JMR/FLN)

Peterson Consultants, Inc., d/b/a/ Silver Screen Advertising

v.

Goodrich Quality Theaters, Inc.

ORDER TO SHOW CAUSE

The Court reviews this matter sua sponte. On March 28, 2002, plaintiff filed a complaint in Minnesota state court seeking damages "in an amount to be determined at trial." On April 9, 2002, defendant filed a notice of removal with this Court, alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332. The petition for removal asserts the parties are citizens of different states, and that "Upon information and belief, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest, costs and disbursements."

This Court has jurisdiction "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332. Based on the foregoing, the Court enters the following:

ORDER TO SHOW CAUSE directed to both parties to advise this Court on or before May 15, 2002, whether the requirements of 28

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

U.S.C. § 1332 are satisfied.

Dated: April 19th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge