UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Peterson Consultants, Inc.,

Plaintiff,

v.

Goodrich Quality Theaters, Inc.,

Defendant.

Civil No. 02-755 JMR/FLN

**ORDER**

---

Steven Weintraut, Esq., for Plaintiff.
Stuart T. Williams, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 12, 2002, on Plaintiff's Motion For Leave to Serve and File a Second Amended Complaint [#37].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion For Leave to Serve and File a Second Amended Complaint [#37] is **GRANTED in its entirety**.

Plaintiff is directed to file, forthwith, its Amended Complaint, in substantially the form and content as was filed in support of the Motion to Amend, and Defendant is directed to serve an Amended Answer in accordance with the governing Rules of Civil Procedure.

DATED: Aug 15 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK