UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Peterson Consultants, Inc.,

Plaintiff,

v.

Goodrich Quality Theaters, Inc.,

Defendant.

Civil 02-755 JMR/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 6, 2002, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss: (1) Counts II (Breach of Fiduciary Duty); (2) Count VII (Tortious Interference with Contractual Relations and Tortious Interference with Prospective Contractual Relations); (3) Count VIII (Conversion); and (4) Count XII, (Attorneys Fees) of the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) [#10] is **GRANTED in part** and **DENIED in part** as follows:

1. Defendant's Motion to Dismiss Count II (Breach of Fiduciary Duty) is **GRANTED, EXCEPT INSOFAR** as it Relates to the Breach of a Fiduciary Relationship Allegedly Arising Out of the Parties' Joint Venture to Install Audio Controller Boxes;

2. Defendant's Motion to Dismiss Count VII (Tortious Interference with Contractual Relations and Tortious Interference with Prospective Contractual Relations) is **DENIED AS MOOT**;

3. Defendant's Motion to Dismiss Count VIII (Conversion) is **GRANTED, EXCEPT INSOFAR** as it Relates to the Audio Controller Boxes;

FILED
RICHARD D. SLETTEN, CLERK AUG 29 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

4. Defendant's Motion to Dismiss Count XII (Attorneys Fees) is **GRANTED**.

DATED: August 28th, 2002.

CHIEF JUDGE JAMES M. ROSENBAUM
United States District Court