UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Peterson Consultants, Inc.,
d/b/a Silver Screen Advertising,

Civil No. 02-755 (JMR/FLN)

Plaintiff,

v.

**ORDER**

Goodrich Quality Theaters, Inc.,

Defendant.

---

Steven Weintraut, Esq., for Plaintiff.
Stuart Williams, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on September 9, 2002, on Plaintiff's Motion to Compel Discovery and to Amend Pretrial Schedule [#48].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery and to Amend Pretrial Schedule is **GRANTED** in part and **DENIED** in part as follows:

1. Insofar as the Motion pertains to Plaintiff's Request for Production of Documents Nos. 13, 14 and 20, it is **GRANTED**;

2. Insofar as the Motion pertains to Plaintiff's Interrogatory (Set II) No. 3, it is **GRANTED**;

3. Insofar as the Motion pertains to Plaintiff's Request for Production of Documents (Set II) Request No. 1, it is **GRANTED**.

4. Insofar as the Motion pertains to Plaintiff's Interrogatory No. 13, it is **DENIED**.

5. Insofar as the Motion pertains to Plaintiff's Interrogatory No. 14, it is **DENIED**.

6. Insofar as the Motion pertains to Plaintiff's Interrogatory No. 18, it is **DENIED**.

OCT 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

7. Insofar as the Motion pertains to Plaintiff's Interrogatory No. 19, it is **DENIED**.

8. Insofar as the Motion pertains to Plaintiff's Interrogatory No. 26, it is **DENIED** as moot.

9. Insofar as the Motion pertains to Plaintiff's Interrogatory No. 3, it is **DENIED**.

10. Insofar as the Motion pertains to Plaintiff's Interrogatory (Set II) Nos. 8 and 9, it is **GRANTED**.

11. Insofar as the Motion pertains to Plaintiff's Request for Production of Documents No. 4 and 9, it is **GRANTED**; and

12. Insofar as the Motion pertains to Plaintiff's Motion to Amend Pretrial Schedule, it is **GRANTED in part** and **DENIED in part** as follows:

   a. Plaintiff's expert report will be due on October 1, 2002.

   b. Defendant's expert report will be due on December 1, 2002.

   c. All expert depositions will be completed by January 1, 2003.

   d. Plaintiff's Motion to Compel Defendant to Produce out-of-state deponents is **DENIED**.

DATED: Oct 25, 2002

FRANKLIN L. NOEL
United States Magistrate Judge