UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Peterson Consultants, Inc.,
d/b/a Silver Screen Advertising,

Civil No. 02-755 (JMR/FLN)

Plaintiff,

v.

**ORDER**

Goodrich Quality Theaters, Inc.,

Defendant.

---

Steven Weintraut, Esq., for Plaintiff.
Stuart Williams, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on October 21, 2002, on Defendant's Motion to Compel Discovery [#56].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED in part** and **DENIED in part** as follows:

1. Insofar as the Motion pertains to Defendant's IV Set of Interrogatories, No. 17 it is **GRANTED**;

2. Insofar as the Motion pertains to Defendant's Requests for Production of Documents Nos. 9, 10, 11, and 17, it is **GRANTED**;

3. Insofar as the Motion pertains to Defendant's III Set of Requests for Production of Documents No. 1, it is **DENIED.**

4. Insofar as the Motion pertains to Document Requests Nos. 6, 7, 8, and 9 served in subpoenas issued to Mr. Ladd Brabec, Electromotion, and Silver Screen Audio, it is **DENIED**.

5. Insofar as the Motion pertains to the Document Requests served in the subpoena issued to SilverScreen Advertising Inc., it is **GRANTED**.

OCT 2_ 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

6. Insofar as the Motion to Compel pertains to the depositions of Mr. Ladd Brabec and Mr. David Keenan, the Motion is **GRANTED**, and the witnesses are to be available for continued depositions to answer questions about the audio/controller boxes and SilverScreen Audio Inc.

7. Insofar as the Motion requests leave for additional time to depose Plaintiff's two officers and key witnesses, the Motion is **GRANTED in part** and **DENIED in part**. The Defendant is granted additional time for the depositions, but each deposition may consume no more than ten hours.

8. Insofar as the Motion requests sanctions, it is **DENIED**.

DATED: Oct. 25, 2002

FRANKLIN L. NOEL
United States Magistrate Judge