UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Peterson Consultants, Inc.,
d/b/a Silver Screen Advertising,

Plaintiff,

v.

Goodrich Quality Theaters, Inc.,

Defendant.

Civil No. 02-755 (JMR/FLN)

**ORDER**

---

Steven Weintraut, Esq., for Plaintiff.
Stuart Williams, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on November 4, 2002, on Plaintiff's Motion to Compel Data Recovery [#62].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED** as follows:

1. Plaintiff's Motion is **DENIED** and the Defendant is only required to produce documents as required in the ordinary course of discovery.

2. Defendant is not required to pay the costs of recovering deleted e-mails and documents. Plaintiff may still obtain this data recovery at their own expense.

DATED: Nov. 22, 2002

FRANKLIN L. NOEL
United States Magistrate Judge

NOV 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK