# UNITED STATES DISTRICT COURT
## District of Minnesota

Peterson Consultants

Plaintiff,

v. 0:02-cv-755 JMR/FLN

Goodrich Quality

Defendant.

**NOTICE OF INTENT TO DESTROY DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 79.1(d), any party who introduces any model, diagram, exhibit, or document subject to a protective or confidentiality order must remove the same "within four months after the case is finally decided," or if there is an appeal, "within 30 days after the filing and recording of the mandate of the Appellate Court finally disposing of the cause." According to our records, that deadline has now passed in the above-entitled action. Therefore, you are hereby notified, pursuant to Local Rule 79.1(e), that ANY MODEL, DIAGRAM, EXHIBIT, OR DOCUMENT SUBJECT TO PROTECTIVE OR CONFIDENTIALITY ORDER THAT HAS NOT BEEN RETRIEVED FROM THE CLERK OF COURT WITHIN THIRTY (30) DAYS AFTER THE DATE OF THIS NOTICE MAY, AT ANY TIME THEREAFTER AND WITHOUT FURTHER NOTICE, BE DESTROYED OR OTHERWISE DISPOSED OF BY THE CLERK. If you intend to retrieve any model, diagram, exhibit, or document subject to protective or confidentiality order that you previously submitted in this action, contact Mary Kaye Conery in the office of the Clerk of U.S. District Court at 612 664 5004.

DATED: 7-19-03

RICHARD D. SLETTEN, CLERK

BY: ______________________
Calendar Clerk to
Hon. James M Rosenbaum

REFERENCE:
SHELF # 8

JUL 2 2 2003

FILED ______________
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______________
Deputy Clerk's Initials ______________